IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:12cr57-MHT |
| JENIKA WILLIAMS | ) | (WO) |

ORDER

Counsel for the government having orally informed the court that she does not object, it is ORDERED that defendant Jenika Williams's motion to continue surrender date (doc. No. 244) is granted and that defendant Williams is to surrender for service of her sentence at the designated federal facility on or before 2:00 p.m. on January 25, 2013.

DONE, this the 27th day of December, 2012.

                                           /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE